# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

134234

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

CURTIS PARISH,
        Defendant-Appellant.

SC: 134234
COA: 277867
Jackson CC: 00-005888-FC

_____/

On order of the Court, the application for leave to appeal the June 1, 2007 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration, as on leave granted, of the issue whether, when resentencing after the imposition of a sentence that is invalid under MCL 769.9(2), a court may increase a defendant's minimum sentence on the basis of facts that formed the basis for the original sentence.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

_____
Clerk

p0830